City of Chicago v. Bisso, 204 Ill. App. 163.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*when denial of motion for change of venue is not correctly preserved for review.* Denial of a motion for a change of venue, in a case under the Municipal Court Act, *held* not properly preserved for review under section 23 of that Act (J. & A. ¶ 3335), by a purported bill of exceptions in the absence of a correct statement as required by such section.

2. ATTORNEY AND CLIENT, § 11*—*when affidavit may not be sworn to before attorney.* An affidavit in support of a motion for a change of venue cannot be sworn to before the party's attorney in the case.

3. MUNICIPAL CORPORATIONS, § 867*—*when presumed that verdict for violation of ordinance is correct.* Judicial notice will not be taken in the Appellate Court of a municipal ordinance not before it, and the correctness of a verdict for a violation of such ordinance will be presumed.

4. DISORDERLY HOUSE, § 2*—*when evidence is sufficient to sustain conviction for keeping.* The evidence held to sustain the charge, in a prosecution for keeping a disorderly house in violation of a municipal ordinance.

5. APPEAL AND ERROR, § 1514*—*when curtailing of time for argument of motion is harmless error.* It is not reversible error for a court to curtail time for argument of a motion for a new trial in a case.

---

## City of Chicago, Defendant in Error, v. Victor Bisso, Plaintiff in Error.

### Gen. No. 22,065.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed February 19, 1917.

### Statement of the Case.

Complaint by the City of Chicago, plaintiff, against Victor Bisso, defendant, charging him with violation

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

of section 1539 of the Municipal Code of Chicago. From a judgment of conviction, defendant brings error.

The decision in this case is governed by *City of Chicago v. Bisso, ante,* p. 162.

W. L. MARTIN, for plaintiff in error.

HARRY B. MILLER, for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

---

### City of Chicago, Defendant in Error, v. Emma Simonetti, Plaintiff in Error.

### Gen. No. 22,066.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed February 19, 1917.

### Statement of the Case.

Complaint by the City of Chicago, plaintiff, against Emma Simonetti, defendant, charging her with keeping a dramshop and selling liquor in less quantities than one gallon, in violation of section 1539 of the Municipal Code of Chicago. From a judgment of conviction and fine of fifty dollars, defendant brings error. See also, *City of Chicago v. Simonetti,* 203 Ill. App. 279.

WILLIAM L. MARTIN, for plaintiff in error.

HARRY B. MILLER, for defendant in error.